as *amici curiae* granted.   Certiorari denied.

No. 93–1238.   NAGLE ET AL. *v.* ALSPACH, TRUSTEE IN BANK-RUPTCY FOR RIMAR MANUFACTURING, INC., ET AL.   C. A. 3d Cir.   Motion of respondents for interest and damages denied. Certiorari denied.

No. 93–7488.   PAWLAK *v.* PENNSYLVANIA BOARD OF LAW EX-AMINERS.   Sup. Ct. Pa.   Motion of petitioner for leave to substi-tute questions presented denied.   Certiorari denied.

No. 93–7002.   CAMPBELL *v.* WOOD, SUPERINTENDENT, WASH-INGTON STATE PENITENTIARY, ET AL.   C. A. 9th Cir.;
   No. 93–7152.   SAN MIGUEL *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7235.   ADANANDUS *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7379.   NELSON *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7446.   MEDINA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
   No. 93–7447.   NAPIER *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7476.   RUIZ CAMACHO *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7568.   ALDRIDGE *v.* TEXAS.   Ct. Crim. App. Tex.;
   No. 93–7627.   HOWELL *v.* TENNESSEE.   Sup. Ct. Tenn.; and
   No. 93–7950.   CALLINS *v.* TEXAS.   Ct. Crim. App. Tex.   Cer-tiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins, ante,* p. 1143, I would grant certiorari and vacate the death sentences in these cases.

No. 92–780.   NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* SCHEIDLER ET AL., *ante,* p. 249;
   No. 92–833.   ALBRIGHT *v.* OLIVER ET AL., *ante,* p. 266;
   No. 92–7549.   SCHIRO *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL., *ante,* p. 222;
   No. 93–766.   RYTMAN ET AL. *v.* KOFKOFF EGG FARM LIMITED PARTNERSHIP ET AL., *ante,* p. 1046;

No. 93–840. SCOTT *v.* AVON PRODUCTS, INC., ET AL., *ante,* p. 1073;

No. 93–877. GRACEY *v.* DAY, *ante,* p. 1093;

No. 93–6521. THOMAS *v.* DEPARTMENT OF STATE ET AL., *ante,* p. 1075;

No. 93–6653. ESPARZA *v.* MUNOZ, *ante,* p. 1054;

No. 93–6673. FITE *v.* CANTRELL ET AL., *ante,* p. 1055;

No. 93–6691. ALLEN *v.* GALLAGHER, *ante,* p. 1055;

No. 93–6761. GLADNEY *v.* GILLESS ET AL., *ante,* p. 1058;

No. 93–6803. HEIMERMANN *v.* WISCONSIN STATE PUBLIC DEFENDER, *ante,* p. 1060;

No. 93–6824. PARKER *v.* OREGON STATE BAR, *ante,* p. 1095;

No. 93–6842. CORETHERS *v.* LAKESIDE UNIVERSITY HOSPITAL ET AL., *ante,* p. 1077;

No. 93–6844. BRANCH *v.* HENNEPIN COUNTY SHERIFF'S DEPARTMENT ET AL., *ante,* p. 1061;

No. 93–6858. RUBIN *v.* GOMILLA ET AL., *ante,* p. 1096;

No. 93–6904. NORTON *v.* UNIVERSITY OF MICHIGAN ET AL., *ante,* p. 1077;

No. 93–6907. SMITH *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 1077;

No. 93–6929. MOORE *v.* MISSISSIPPI, *ante,* p. 1063;

No. 93–6971. CARDINE *v.* MCANULTY ET AL., *ante,* p. 1097;

No. 93–7040. BUSCH *v.* JEFFES ET AL., *ante,* p. 1098; and

No. 93–7286. IN RE ZILS, *ante,* p. 1085. Petitions for rehearing denied.

No. 92–6609. BOYER *v.* DECLUE ET AL., 508 U. S. 974; and

No. 93–6748. SCAIFE *v.* HANNIGAN, WARDEN, ET AL., *ante,* p. 1057. Motions for leave to file petitions for rehearing denied.